**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**SHREVEPORT DIVISION**

| | | |
|---|---|---|
| **HAROLD McSWAIN, ET AL** | * | **CIVIL ACTION NO:** 5:09-cv-01969 |
| | * | |
| **Plaintiffs,** | * | |
| | * | |
| | * | **JUDGE** DONALD E. WALTER |
| **VERSUS** | * | |
| | * | |
| **CHESAPEAKE ENERGY** | * | |
| **CORPORATION, ET AL.** | * | **MAGISTRATE JUDGE** MARK L. HORNSBY |
| | * | |
| **Defendant.** | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * *

**ORDER**

Considering the above and foregoing Motion to Enroll as Additional Counsel of Record:

IT IS HEREBY ORDERED that Edwin Dunahoe, Attorney at Law, be and he is hereby enrolled as counsel of record for the plaintiffs, Harold McSwain, Ann McSwain, Loma L. Chamberlin, Individually and on Behalf of Her Minor Child, Abbey Monet` McKinnon, Clyde Moran, John Hershiser, Judy Hershiser, Donna M. Jacobs and Billy Love, Individually and on Behalf of Their Minor Children, Kavan Love, Kyra Love, Keith Love and Jayden Jacobs, Lonnie Jacobs, Bobby Deason, Odessa Eckles, Wilbur L. Pea, Velma L. Jackson, Emily M. Jackson, Kimberly T. Jackson, Elmer M. Rivers, Connie Samuels, James Sudds, James Turner, Willis Sudds and Evelyn Sudds, Individually and on Behalf of Their Minor Children, Willis Sudds, Jr.

and LaMarcus Sudds, Johnny R. Williams, Jr., Michael S. Binning, Individually and on Behalf of His Minor Child, Trey Binning, Tonya Porter, Individually and on Behalf of Her Minor children, Tanbra Porter, Suerea Porter, Tylun Porter and Johnny Ray Porter, in the above entitled and numbered cause.

THUS DONE AND SIGNED at Shreveport, Louisiana, this 28 day of Dec., 20 09.

~~DISTRICT JUDGE~~ Mag. Judge